IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 1:26-mj-177

DAVID J. RUSH,

Defendant.

## ORDER

Upon motion of the United States, for the reasons stated therein and for good cause

shown, the motion for a partially closed or under seal hearing is GRANTED.

The detention hearing currently scheduled for June 5, 2026 at 10:00 a.m. will be

bifurcated with the closed or under seal portion of the hearing occurring in an appropriately

secured location.

IT IS SO ORDERED.


Date: _____

_____

The Hon. William E. Fitzpatrick
U.S. MAGISTRATE JUDGE