IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-mj-177 |
| DAVID J. RUSH, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon the joint motion of the United States and the defendant, David J. Rush, by and through his attorney, and for the reasons stated in the Joint Motion to Extend Time for Indictment ("Motion"), which explains that the parties need more time to prepare paperwork for a potential pre-indictment resolution to the case, the Court finds that the ends of justice will be served by granting one last brief extension of time to indict and that the extension outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the Motion [Dkt. No. 31] is GRANTED, and it is hereby,

ORDERED that the deadline for indicting defendant be and is EXTENDED up to and including October 8, 2026, and the resulting delay shall be excluded in computing the time within which an indictment must be filed. No further extensions will be granted.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11th day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge